UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SCOTT HESS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-152 |
| | § | |
| SHARON PARKER, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF TRANSFER

The plaintiff, Scott Hess, alleges in this Section 1983 action that the medical care provided by the defendants was deficient enough to constitute a violation of the Eighth Amendment. Although Hess claims that all three defendants reside in Galveston County, his allegations and grievances indicate that he received the treatment at issue in the Hightower Unit as part of a sex-offender rehabilitation program (Dkt. 1 at p. 7), either via video conference with Defendant Sharon Parker (Dkt. 1-1 at p. 3) or in person from Defendants Landry and Dombrose (Dkt. 1-1 at pp. 11, 15). Hess also claims that Hightower Unit personnel witnessed him having a nervous breakdown that Defendant Dombrose refused to treat (Dkt. 1 at p. 3). The Hightower Unit is located in the Beaumont Division of the Eastern District of Texas. The Court will transfer these claims to that division. *See* 28 U.S.C. §§ 124(c)(2), 1391(b), 1404(a).

The Court **ORDERS** the District Clerk to **TRANSFER** this case to the United States District Court for the Eastern District of Texas, Beaumont Division.

The Clerk will send a copy of this order to the parties.

SIGNED at Galveston, Texas, this 22nd day of August, 2017.

_____
George C. Hanks Jr.
United States District Judge